

# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2025

No. 04-24-00178-CR

**IN RE** Raul Ruiz **AVALOS**, Relator

Original Proceeding[1]

### ORDER

On March 12, 2024, Relator, Raul Ruiz Avalos, filed a petition for writ of mandamus, complaining of the trial court's January 4, 2024, order.

After considering the petition and the record, the court concludes Avalos is not entitled to the relief sought. Accordingly, we **DENY** the petition for writ of mandamus.

It is so **ORDERED** on March 12, 2025.

_____
Velia J. Meza, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of March, 2025.

_____
Luz Estrada, Chief Deputy Clerk

---

[1]This proceeding arises out of Cause No. 14705CR, styled *The State of Texas v. Raul Ruiz Avalos*, pending in the County Court, Kinney County, Texas, the Honorable Natalie C. Fleming presiding.